# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-00423 MMM (AGRx) | Date | February 29, 2008 |

| | |
|---|---|
| Title | *Buraye v. Equifax, et al.* |

| Present: The Honorable | MARGARET M. MORROW | |
|---|---|---|
| ANEL HUERTA | | N/A |
| Deputy Clerk | | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **Second Order to Show Cause Why Action Should Not Be Remanded For Lack Of Subject Matter Jurisdiction**

     On February 13, 2008, the court issued an Order to Show Cause Why Action Should Not Be Remanded for Lack of Subject Matter Jurisdiction. The court noted that defendants' notice of removal alleged that this court has jurisdiction under 28 U.S.C. § 1332 because all of the defendants are completely diverse from the plaintiff. Two of the defendants in this action are limited liability companies ("LLCs"): Equifax Information Union LLC and Trans Union LLC. In the Notice of Removal, defendants did not allege the citizenship of each of the members these LLCs. The citizenship of a LLC for diversity purposes is determined in the same manner as that of a partnership, in that an LLC is a citizen of each state of which one of its members is a citizen. See *Cosgrove v. Bartlotta*, 150 F.3d 729, 731 (7th Cir. 1998); *TPS Utilicom Services, Inc. v. AT&T Corp.*, 223 F. Supp. 2d 1089, 1101 (C.D. Cal. 2002). The court's Order to Show Cause indicated that, in order to establish subject matter jurisdiction, defendants must allege the citizenship of each of the individual members of the defendant LLCs. On February 26, 2008, Equifax filed a response to the Order to Show Cause and on February 27, 2008 defendant Nationwide Credit, Inc. joined Equifax's response. Neither of these responses have alleged the citizenship of the individual members of Equifax and Trans Union. As such, these responses are not sufficient to establish that this court has subject matter jurisdiction.

     Consequently, the court again orders defendants to show cause, on or before **Friday, March 7, 2008,** why the court should not remand the case for lack of subject matter jurisdiction. Any response *must allege the citizenship of each individual member of the defendant LLCs*.